UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Elizabeth Bischof, et al.<br><br>   Plaintiffs,<br><br>v.<br><br>Indevus Pharmaceuticals, Inc., et al.<br><br>   Defendants. | CIVIL ACTION<br>NO. 04-11187 GAO |

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Certified Copies of Middlesex Superior Court docket and pleadings.

The original documents are maintained in the case file in the Clerk's Office.


Dated: June 12, 2004                /s/ Janice W. Howe
                                    William A. McCormack  BBO #329580
                                    Janice W. Howe BBO #242190
                                    David Yamin BBO #562216
                                    Bingham McCutchen LLP
                                    150 Federal Street
                                    Boston, MA  02110
                                    (617) 951-8000
                                    *Counsel for Defendants Wyeth and*
                                    *Wyeth Pharmaceuticals, Inc.*

LITDOCS/555956.1